**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PRINCEWILL ARINZE DURU,** | : | |
| **Petitioner** | : | **No. 1:24-cv-01362** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **J. GREENE, WARDEN FCI** | : | |
| **ALLENWOOD,** | : | |
| **Respondent** | : | |

# ORDER

**AND NOW**, on this 31st day of August 2026, upon consideration of (1) the petition for a writ of habeas corpus filed by pro se Petitioner Princewill Arinze Duru ("Duru") (Doc. No. 1), (2) Respondent's response in opposition to Duru's petition (Doc. No. 7), and (3) Duru's reply brief in further support of his petition (Doc. No. 8), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Duru's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania